| AO 10<br>Rev. 1/2018 | **FINANCIAL DISCLOSURE REPORT**<br>**FINAL FILING** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Pyle, Charles R. | 2. Court or Organization<br><br>US District Court - District of Arizona | 3. Date of Report<br><br>04/15/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Magistrate Judge - Retired | 5a. Report Type (check appropriate type)<br><br>☐ Nomination ☐ Date<br>☐ Initial ☐ Annual ☑ Final<br><br>**5b.** ☑ Amended Report | 6. Reporting Period<br><br>01/01/2017<br>**to**<br>04/30/2018 |
| 7. Chambers or Office Address<br><br>4853 North Circulo Bujia<br>Tucson, AZ 85718 | | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2017 | Arizona Retirement System | $24,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2017 | self-employed acupuncturist |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Pyle, Charles R.** | 04/15/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

**✔** NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Vantage West Credit union | Spouse business loan | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Pyle, Charles R.** | 04/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1.  CHASE BANK (3 accounts) | A | Int./Div. | J | T | | | | | |
| 2.  CHASE PRIME MONEY MARKET | A | Int./Div. | J | T | | | | | |
| 3.  ISHARES S&P PREF STK INDEX | A | Int./Div. | J | T | | | | | |
| 4.  ISHARES BARCLAYS 1-3 YEAR CREDIT | A | Int./Div. | J | T | | | | | |
| 5.  POWERSHARES DWA TECH LEAD PTF | A | Int./Div. | J | T | | | | | |
| 6.  VANGUARD REIT ETF | A | Int./Div. | J | T | | | | | |
| 7.  VANGUARD TOTAL BOND MARKET | A | Int./Div. | J | T | | | | | |
| 8.  VANGUARD PACIFIC ETF | A | Int./Div. | J | T | | | | | |
| 9.  WISDOM TREE SMALL CAP DIV FD | A | Int./Div. | J | T | | | | | |
| 10.  WISDOM TREE MID CAP DIV FD | A | Int./Div. | J | T | | | | | |
| 11.  POWERSHARES S&P 500 LOW VOL | A | Int./Div. | J | T | | | | | |
| 12.  POWERSHARES SENIOR LOANS | A | Int./Div. | J | T | | | | | |
| 13.  IQ HEDGE MULTI STRATEFY | A | Int./Div. | | | Sold | 10/09/17 | J | A | |
| 14.  INCOME FUND OF AMERICA | A | Int./Div. | K | T | | | | | |
| 15.  ALERIAN MLP | A | Int./Div. | J | T | | | | | |
| 16.  SPDR FINANCIAL XLE | A | Int./Div. | | | Sold | 06/01/17 | J | A | |
| 17.  SPDR INDUSTRIAL SLI | A | Int./Div. | | | Sold | 10/09/17 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pyle, Charles R. | 04/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | SPDR TECHNOLOGY XLK | A | Int./Div. | | | Sold | 10/09/17 | J | B | |
| 19. | VANGUARD TOTAL IT VXUS | A | Int./Div. | J | T | | | | | |
| 20. | POWERSHARES S&P 500 EQ WGHT ETF RSP | A | Int./Div. | J | T | Buy | 03/31/17 | J | | |
| 21. | ISHARES LAT ILF | A | Int./Div. | J | T | Buy | 03/31/17 | J | | |
| 22. | ISHARES LAT ILF | A | Int./Div. | | | Sold | 10/09/17 | J | A | |
| 23. | BB&T CORP BBT | A | Int./Div. | J | T | Buy | 10/09/17 | J | | |
| 24. | CSCO | A | Int./Div. | J | T | Buy | 10/09/17 | J | | |
| 25. | HD | A | Int./Div. | J | T | Buy | 10/09/17 | J | | |
| 26. | JNJ | A | Int./Div. | J | T | Buy | 10/09/17 | J | | |
| 27. | MSFT | A | Int./Div. | J | T | Buy | 10/09/17 | J | | |
| 28. | JPM | A | Int./Div. | J | T | Buy | 10/09/17 | J | | |
| 29. | NEXTERA ENERGY NEE | A | Int./Div. | J | T | Buy | 10/09/17 | J | | |
| 30. | PEPSICO INCORPORATED PEP | A | Int./Div. | J | T | Buy | 10/09/17 | J | | |
| 31. | TEXAS INSTRUMENTS INC TXN | A | Int./Div. | J | T | Buy | 10/09/17 | J | | |
| 32. | 3M CO MMM | A | Int./Div. | J | T | Buy | 10/09/17 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pyle, Charles R. | 04/15/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Charles R. Pyle**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544